**Appeal No. 08-4090**
_____

**THE WILDERNESS SOCIETY and SOUTHERN
UTAH WILDERNESS ALLIANCE,**
                            Plaintiffs-Appellees,

v.

**KANE COUNTY, UTAH, a Utah Political Subdivision,
KANE COUNTY COMMISSIONER DANIEL W. HULET,
KANE COUNTY COMMISSIONER MARK W. HABBESHAW, and
KANE COUNTY COMMISSIONER DUKE COX,**
                            Defendants-Appellants,

_____

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, Case No. 2:05-cv-0854 TC
JUDGE TENA CAMPBELL**
_____

**KANE COUNTY'S UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR FILING OPENING BRIEF**
_____

                            SHAWN T. WELCH (U.S.B. #7113)
                            KENDRA SHIREY (U.S.B. #9486)
                            HOLME ROBERTS & OWEN LLP
                            299 South Main Street, Suite 1800
                            Salt Lake City, Utah  84111-2263
                            Telephone:   (801) 521-5800
                            Facsimile:   (801) 521-9639
                            shawn.welch@hro.com
                            kendra.shirey@hro.com
                            Attorneys for Appellants Kane County,
                            Utah, Commissioners Daniel W. Hulet,
                            Mark W. Habbeshaw, and Duke Cox.

Appellants Kane County, Utah, and Kane County Commissioners Daniel W. Hulet, Mark W. Habbeshaw, and Duke Cox ("Kane County") respectfully submit Kane County's Unopposed Motion For Extension Of Time To File Opening Brief.

Kane County respectfully requests a 30-day extension of time for the filing of their opening brief. Kane County's opening brief is currently due on August 5, 2008. Accordingly, the requested extension would require the filing of Kane County's opening brief on or before September 4, 2008.

As grounds, Kane County states that subsequent to filing the Notice of Appeal herein, Kane County filed a 32-page Emergency Motion for Stay Pending Appeal on June 17, 2008. This motion was denied on June 18, 2008.

Upon denial of this motion, Kane County and the undersigned counsel have been heavily involved in fully effecting compliance with the district court's order and coordinating with other entities, including the State of Utah and other governmental entities. Implementation of the district court's order has affected the rights and interests of others that were not parties to the case, and through the last several weeks the ramifications of the district court's order have caused other entities to determine to seek to file amicus briefs addressing the issues in the order that affect their interests. Some of the issues affecting Kane County and these entities came to light only yesterday.

Because of the scope of the lands at issue (roughly 2 million acres) and the complicated issues presented, it is critically important that full and proper presentation of the issues involved be made to the Court prior to its decision, including the issues

affecting those that were not parties. Despite diligent efforts, the complexity of the issues and coordination with the other entities (and the matters revealed only yesterday) have left insufficient time for preparation of Kane County's opening brief, and the anticipated amicus briefs. Pursuant to Fed. R. App. P. 29(e), an amicus brief is due no later than 7 days after the filing of the brief being supported. Due and proper coordination of these briefs will ensure that Kane County's opening brief and the amicus briefs are complete, informative and do present duplicative issues to the Court.

Moreover, especially in light of the foregoing matters, counsel's preparation of a full and complete brief and appendix have been prevented by filing deadlines and work in other cases. The undersigned worked as lead counsel on this case for several years while at another law firm (until January of 2008). Former co-counsel who worked on this case throughout most of its history are now working at another law firm, and the undersigned is the sole attorney in this firm with the full and complete knowledge of the issues in this case.

Other litigation deadlines have prevented adequate preparation of the opening brief as well. Both of the undersigned counsel have been involved in responding to a petition for State Director Review filed by the Southern Utah Wilderness Alliance, styled as 08-14 (filed July 10, 2008 with a ten-day deadline), and in preparing discovery requests, responding to discovery, and case preparation in <u>San Juan County v. United States</u>, Case No. 04-cv-552 (D. Utah). The undersigned, Mr. Welch, has been otherwise working to file and respond to motions in that case styled <u>Grynberg v. Reavis</u>, Case No.

070700056 (already under extension); discovery response and case work in that case styled <u>Badger Drilling v. Curt's Crane Service</u>, Case No. 080800114 (already under extension); work related to an enforcement action that involves alleged Clean Air Act violations, case preparation and response in that case styled <u>Jeppson v. Meador</u>, 080700048 (counsel obtained an extension to answer the complaint).

In the next four weeks, Mr. Welch must prepare and present oral argument in that case styled <u>In re Kane County</u>, 08-cv-156 (D. Utah), and prepare and file a reply brief in <u>Kane County v. Kempthorne</u>, Consolidated Appeal Nos. 07-4207 & 08-4014 (10th Cir.) which is due August 11, 2008. He must further prepare and provide discovery responses in <u>Grynberg v. Reavis</u>, Case No. 070700056; prepare and provide discovery responses in <u>Badger Drilling v. Curt's Crane Service</u>, Case No. 080800114 (already under extension); prepare and provide discovery responses in <u>L & J Operating v. Kirby Minerals</u>, Case No. 07-230 (already under extension); and file an answer potentially with counterclaims in <u>Jeppson v. Meador</u>, 080700048.

The undersigned Ms. Shirey serves in a long-term special arrangement on behalf of the Recording Industry Association of America that involves her prior and continuing commitment of efforts in numerous lawsuits filed across the United States. In the next four weeks, Ms. Shirey must prepare and respond to motions and other litigation matters in 9-10 of these cases, and other matters related to these cases routinely arise. This prior commitment will preclude her from devoting sufficient time to prepare a full and complete brief in these matters.

On July 8, 2008, the parties herein participated in this Court's mediation conference. The Appellate Court mediator granted an extension of time to Kane County up to and including August 5, 2008. Otherwise, Kane County has not previously filed a motion for extension of time. The requested extension will not harm any of the parties and will facilitate complete and efficient consideration of the complicated issues presented herein affecting 2 million acres of land.

The undersigned contacted counsel for Appellees The Wilderness Society and the Southern Utah Wilderness Alliance and is authorized to represent to the Court that Appellees do not oppose the 30-day extension requested herein.

WHEREFORE, for the good cause shown herein, Kane County respectfully requests the court to grant its unopposed request for a 30-day extension of time to file its opening brief up to and including September 4, 2008.

Dated this 31st day of July, 2008.

HOLME ROBERTS & OWEN, LLP

_____
/s/ Shawn Welch
Shawn T. Welch
Kendra Shirey
HOLME ROBERTS & OWEN, LLP
299 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2263
Telephone:   (801) 521-5800
Facsimile:    (801) 521-9639
shawn.welch@hro.com
kendra.shirey@hro.com
Attorneys for the Kane County
 Appellants

## CERTIFICATION OF DIGITAL SUBMISSIONS

Pursuant to that General Order, No. 95-01, dated August 10, 2007, I certify that: (1) all required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF format is an exact copy of the written document filed with the Clerk; and (2) this digital submission has been scanned for viruses with the most recent version of Trend Micro OfficeScan, Version 7.3, last updated July 30, 2008, and according to the program, is free of viruses.

_____
/s/  Shawn Welch

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 17th day of June, 2008, I caused to be filed a true and correct copy of the foregoing **KANE COUNTY'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OPENING BRIEF** with the Clerk of the Court via email to esubmission@ca10.uscourts.gov, and sent the original and three copies to the Clerk of Court via Federal Express overnight delivery, and further sent a copy via email and regular mail to the following:

| | |
|---|---|
| James S. Angell | Heidi J. McIntosh |
| Edward B. Zukoski | Stephen H.M. Block |
| McCrystie Adams | Southern Utah Wilderness Alliance |
| Earthjustice | 425 East 100 South |
| 1400 Glenarm Place, Suite 300 | Salt Lake City, UT 84111 |
| Denver, CO 80202 | T: (801) 486-3161 |
| T: (303) 623-9466 | heidi@suwa.org |
| jangell@earthjustice.org | steve@suwa.org |
| tzukoski@earthjustice.org | |
| madams@earthjustice.org | |

_____
/s/ Shawn Welch
Shawn Welch