Appeal No. 08-4090

_____

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

THE WILDERNESS SOCIETY, ET AL.,
PLAINTIFFS-APPELLEES,

V.

KANE COUNTY, UTAH, ET AL.,
DEFENDANTS-APPELLANTS

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CIVIL NO. 2:05-CV-0854 TC
JUDGE TENA CAMPBELL

_____

**UNOPPOSED MOTION OF APPELLEES THE WILDERNESS SOCIETY
ET AL. FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

_____

James S. Angell
Edward B. Zukoski
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO 80202
Telephone: (303) 623-9466
Facsimile: (303) 623-8083
jangell@earthjustice.org
tzukoski@earthjustice.org

Attorneys for Appellees

Heidi McIntosh
Stephen H.M. Bloch
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233
heidi@suwa.org
steve@suwa.org

Attorneys for Appellees Southern Utah
Wilderness Alliance

September 19, 2008

Appellees The Wilderness Society et al.'s (collectively "TWS") opening brief is due October 9, 2008.  TWS respectfully moves this Court pursuant to 10th Cir. R. 27.4 to extend the filing deadline for its brief by 32 days until Monday, November 10, 2008.  This motion is unopposed.

An extension of this length is necessary in part because TWS is responding to lengthy and complex briefing filed by Appellant Kane County, et al. that raises numerous substantive and procedural issues.  TWS must also respond to a lengthy amicus brief filed by the Utah Association of Counties, served on TWS on September 15, which raises new issues not raised by Kane County; and an amicus brief from the State of Utah, served on TWS yesterday.

Additionally, TWS's lead attorney, Edward B. Zukoski, has faced and faces a number of deadlines and commitments in September and October 2008.  These include:

- preparing for argument on a motion for reconsideration in Inyo County v. United States, 1:06-cv-1502 AWI-DLB (E.D. Cal.), originally set for September 22.  (The hearing was vacated just two business days prior to argument, after Mr. Zukoski had begun preparing for it.)

- filing a complaint in U.S. District Court in Colorado in late September/early October in a matter involving a coal mine expansion on federal public land the precise parameters of which are at present a matter of attorney-client privilege.

- preparing initial disclosures and a Rule 26(f) joint scheduling report in State of Utah v. United States, 2:05-cv-714-TC (D. Utah) due by court order on October 3, a matter on which Mr. Zukoski is working with Ms. Heidi McIntosh and Mr. Stephen Bloch of Southern Utah Wilderness Alliance

(SUWA), who are co-counsel in that case as well as the instant case before this Court.

- preparing an administrative appeal before the U.S. Forest Service (for which no extension can be granted) in matter involving an expansion of a coal mine in Colorado, due October 10.

- preparing formal comments necessary to preserve his clients' right to file an administrative appeal before the Bureau of Land Management (BLM) on a coal mine lease by application in Colorado, due September 29.

Mr. Zukoski also plans to be absent from work on November 3-4 to work on election-related matters.

Other counsel are unable to prepare the brief in this case for timely filing or relieve movant's counsel of the other litigation.  Mr. Angell of Earthjustice has been or is currently involved in the following matters:

- preparing for argument before this Court on September 24 in <u>State of New Mexico v. BLM</u> (10th Cir. 06-2352, 06-2353, 06-2354).

- preparing a reply in support of a stay pending appeal, due September 18, in <u>State of Wyoming v. U.S. Dep't of Agriculture</u>, 07-cv-17-B (D. Wyo.).

- with other Earthjustice co-counsel, drafting briefing and preparing for argument in <u>Basin Electric Power Coop., Dry Fork Station, Air Permit CT-4631</u> before the State of Wyoming Environmental Quality Council (Docket No, 07-2801), specifically, filing opposition to motion for summary judgment due September 12, filing a reply in support of motion for summary judgment due September 19, and preparing for oral argument set for September 29.

Counsel for SUWA, Mr. Bloch and Ms. McIntosh, also face a number of competing deadlines in September and October.  In addition to working with

Mr. Zukoski and Ms. McIntosh on <u>State of Utah v. United States</u>, Mr. Bloch is

engaged in the following litigation during September and October:

> - preparing the opening brief in <u>Nine Mile Canyon Coalition v. Stiewig</u>, 2:08cv586 DB (D. Utah), which SUWA intends to file no later than October 3.

> - preparing an amended complaint in <u>SUWA v. Sierra</u>, 2:07cv199 DAK (D. Utah), due on September 22.

> - preparing the statement of reasons in an administrative appeal, <u>Southern Utah Wilderness Alliance</u>, IBLA 2008-249, due on October 3.  SUWA has already asked for and received an extension on this deadline.

> - preparing for oral argument on cross-motions for summary judgment in <u>SUWA v. Kempthorne</u>, 1:08cv411 (LFO) (D.D.C.), to be argued October 8.

> - with Ms. McIntosh, drafting and reviewing separate formal protests before the BLM of three resource management plans (RMPs):  the Vernal Field Office RMP, due September 22; the Price Field Office RMP, due September 29; and the Monticello RMP, due October 26.

In addition to her work with Mr. Bloch and Mr. Zukoski, described above,

Ms. McIntosh also has previously scheduled absences from work for an out-of-

town conference (September 22-24) and for family vacation (October 16-21).

For the foregoing reasons, it is very difficult for TWS's attorneys to file the

Appellee's brief by October 9, 2008, even if SUWA exercises due diligence and

gives priority to preparing the brief.

Counsel for Appellant Kane County indicated that they do not oppose this

motion.

TWS has not previously sought an extension of time in this case, and does not intend to seek further extensions of time in the future.  The granting of this motion will not impede the progress of this case.  We note that this Court granted extensions of 14 days and 30 days to Appellant Kane County days in this matter. See Docket Entries of July 7, 2008 (granting 14 day extension) and August 1, 2008 (granting 30 day extension).

Respectfully submitted September 19, 2008

 s/Edward B. Zukoski
Edward B. Zukoski
James S. Angell
1400 Glenarm Place, Suite 300
Denver, CO  80202
Tel:  (303) 623-9466
Fax:  (303) 623-8083
tzukoski@earthjustice.org
jangell@earthjustice.org

Attorneys for Appellees The Wilderness Society et al.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2008, a copy of the foregoing UNOPPOSED MOTION OF APPELLEES THE WILDERNESS SOCIETY <u>ET AL</u>. FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF was filed via e-mail to: esubmission@ca10.uscourts.gov.  Additionally, a copy of the foregoing has been served on all interested parties via e-mail addressed to the following:

| | |
|---|---|
| Shawn T. Welch<br>Kendra L. Shirey<br>Holme Roberts & Owen LLP<br>299 S. Main Street Suite 1800<br>Salt Lake City, UT  84114<br>Shawn.welch@hro.com<br>Kendra.shirey@hro.com | Thomas K. Snodgrass<br>United States Department of Justice<br>Environment & Natural Resources<br>Division<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>thomas.snodgrass@usdoj.gov |
| Michael S. Lee<br>HOWREY LLP<br>170 South Main St., Suite 400<br>Salt Lake City, UT 84101-3636<br>leem@howrey.com | Thomas R. Lee<br>P.O. Box 28000<br>Provo, Utah 84602-8000<br>leet@law.byu.edu |
| MARK L. SHURTLEFF<br>Utah Attorney General<br>ANNINA M. MITCHELL<br>Utah Solicitor General<br>RICHARD RATHBUN<br>Assistant Utah Attorney General<br>PO Box 140858<br>Salt Lake City, UT 84114-0858<br>AnninaMitchell@utah.gov | |

s/Edward B. Zukoski

## CERTIFICATE OF DIGITAL SUMBISSION

Further, pursuant to Tenth Circuit General Order dated August 10, 2007, I hereby certify that:

(1) all required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF is an exact copy of the written document filed with the Clerk, and

(2) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program (Symantec Anti-Virus, Version 10.1.5.5000, updated Sept. 18, 2008 (rev. 8)) and, according to the program, are free of viruses.

s/Edward B. Zukoski