Appeal No. 08-4090
_____

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
_____

THE WILDERNESS SOCIETY, ET AL.,
PLAINTIFFS-APPELLEES,

V.

KANE COUNTY, UTAH, ET AL.,
DEFENDANTS-APPELLANTS
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CIVIL NO. 2:05-CV-0854 TC
JUDGE TENA CAMPBELL
_____

**APPELLEES THE WILDERNESS SOCIETY ET AL.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO PETITION FOR REHEARING EN BANC**

_____

| | |
|---|---|
| James S. Angell | Heidi J. McIntosh |
| Edward B. Zukoski | Stephen H.M. Bloch |
| Earthjustice | Southern Utah Wilderness Alliance |
| 1400 Glenarm Place, Suite 300 | 425 East 100 South |
| Denver, CO  80202 | Salt Lake City, Utah 84111 |
| Telephone:  (303) 623-9466 | Telephone:  801-486-3161 |
| Facsimile: (303) 623-8083 | Facsimilie:  801-486-4233 |
| jangell@earthjustice.org | heidi@suwa.org |
| tzukoski@earthjustice.org | steve@suwa.org |
| | |
| Attorneys for Appellees | Attorneys for Appellees |
| | Southern Utah Wilderness Alliance |

October 21, 2009

Appellees The Wilderness Society et al. ("TWS") are required to file a response to Appellant Kane County's petition for panel rehearing or rehearing en banc on or before October 29, 2009. Order of Oct. 15, 2009. TWS respectfully moves this court to extend the filing deadline for its opposition by 26 days until Tuesday, November 24, 2009. See Fed. R. Civ. P. 26(b); Tenth Cir. R. 27.4. Kane County does not oppose this motion.

This Court filed its opinion affirming the district court's ruling in this case on August 31, 2009. Kane County sought a 30-day extension of time to file a petition for panel rehearing or rehearing en banc on September 9. TWS did not oppose that motion, and it was granted by this Court the following day. The County filed its petition on October 14. The following day, this Court ordered TWS to file a response by October 29.

Lead counsel for TWS, James S. Angell and Edward B. Zukoski of Earthjustice, face a number of competing deadlines and commitments that will make it extremely difficult for TWS to meet the October 29 deadline. When this Court issued its order, Mr. Angell was at a remand proceeding in the District of New Mexico in State of New Mexico v. Bureau of Land Management, Civ. Nos. 05-0460 BB/RHS, Civ. 05-0588 BB/RHS (D.N.M.). Mr. Angell left early the next morning for long-planned vacation from which he returned on October 20. Mr. Angell's commitments over the coming two weeks include:

1

- drafting and filing appellants' opening brief before this Court on November 2 in State of Wyoming v. United States Department of Agriculture, No. 09-8061(10th Cir.);

- attending oral argument in the Ninth Circuit Court of Appeals with co-counsel on November 5 in Center for Biological Diversity v. United States Department of Housing and Urban Development, No. 08-16400 (9th Cir.);

- attending a mandatory all-day settlement conference in the District of Colorado on November 9 in Colorado Environmental Coalition v. Salazar, N0. 1:08-cv-01460-MSK-KLM (D. Colo.);

- preparing and filing a confidential settlement statement by October 30 in preparation for the all-day settlement conference in the District of Colorado on November 9 in Colorado Environmental Coalition v. Salazar, No. 1:08-cv-01460-MSK-KLM (D. Colo.).

Mr. Zukoski's commitments include:

- drafting and filing a reply brief before this Court on behalf of appellants Southern Utah Wilderness Alliance et al. in Kane County v. United States, No. 09-4087 (10th Cir.), due October 30, 2009. According to this Court's order of October 9 in that case, no further extensions will be granted to appellants in that case.

- reviewing a 1,000+ page agency administrative record to assess its completeness on plaintiff's behalf in WildEarth Guardians v. U.S. Forest Service, No. 08-cv-2167 (JK) (D. Colo.), beginning November 1, 2009; the joint case management plan in this matter requires the plaintiff to file objections to the record's completeness with opposing counsel by November 20, 2009.

- preparing for and taking up to 15 depositions in State of Utah and Juab County v. United States, No. 05-cv-714 (TC) (D. Utah), tentatively scheduled for the first two weeks of November 2009, given a December 2009 discovery close date.

In addition, both Mr. Angell and Mr. Zukoski are required to participate in a long-planned two-day internal organizational meeting on November 16 and 17.

2

For the foregoing reasons, it is very difficult for TWS's attorneys to file an opposition to Kane County's motion for rehearing by October 29, 2009, even if TWS exercises due diligence and gives priority to preparing the brief.

Counsel for Appellant Kane County does not oppose this extension of time motion.


Respectfully submitted October 21, 2009,


 s/ Edward B. Zukoski
Edward B. Zukoski					Heidi McIntosh
James S. Angell					Stephen H.M. Bloch
Earthjustice						Southern Utah Wilderness Alliance
1400 Glenarm Place, Suite 300			425 East 100 South
Denver, CO  80202					Salt Lake City, UT  84111
Telephone:  (303) 623-9466				Telephone:  (801) 486-3161
Facsimile: (303) 623-8083				Facsimile:  (801) 486-4233
jangell@earthjustice.org				heidi@suwa.org
tzukoski@earthjustice.org				steve@suwa.org

Attorneys for Appellees				Attorneys for Appellee
The Wilderness Society et al.			Southern Utah Wilderness Alliance

# CERTIFICATE OF DIGITAL SUBMISSIONS

Pursuant to 10th Circuit General Order dated March 18, 2009, I certify that:

(1)  all required privacy redactions have been made and, with the exception of those redactions, every document submitted in Digital Form or scanned PDF is an exact copy of the written document filed with the Clerk, and

(2)  the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program (Symantec Anti-Virus, Version 10.1.5.5000, updated October 20, 2009 (rev. 6)) and, according to the program, are free of viruses.

 s/ Edward B. Zukoski
Edward B. Zukoski

# CERTIFICATE OF SERVICE

I certify that APPELLEES THE WILDERNESS SOCIETY ET AL.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETITION FOR REHEARING EN BANC has been served on the Clerk of the U.S. Court of Appeals and on the parties listed below via the ECF system on October 21, 2009, pursuant to the Court's General Order filed March 18, 2009.

Shawn T. Welch
Holme Roberts & Owen LLP
299 South Main St., Suite 1800
Salt Lake City, UT 84111-2263
shawn.welch@hro.com

Thomas R. Lee
P.O. Box 28000
Provo, UT  84602-8000
leet@law.byu.edu

Michael S. Lee
HOWREY LLP
170 South Main St., Suite 400
Salt Lake City, UT  84101-3636
leem@howrey.com

 s/ Edward B. Zukoski
Edward B. Zukoski